**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Bradley Kriley** | : | **Case No.: 19-23116** |
| **Tanya A. Kriley** | : | **Chapter 13** |
| | : | **Judge Jeffery A. Deller** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**<u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICES</u>**

The undersigned attorney enters their appearance as counsel for JPMorgan Chase Bank,

N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices

issued in this case to the undersigned at the address below.

Respectfully submitted,

  /s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina
Velter.
Contact email is kvelter@manleydeas.com

19-030470_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Bradley Kriley** | : | **Case No.: 19-23116** |
| **Tanya A. Kriley** | : | **Chapter 13** |
| | : | **Judge Jeffery A. Deller** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## <u>CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES</u>

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on August 20, 2019.

<u>Service by ECF:</u>
Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219

Amy L. Zema, Attorney for Bradley Kriley and Tanya A. Kriley, Law Office of Amy L. Zema, 2366 Golden Mile Highway, #155, Pittsburgh, PA  15239, amy@zemalawoffice.com

<u>Service by First-Class Mail:</u>
Bradley Kriley and Tanya A. Kriley, 549 North Elm Street, Butler, PA  16001

EXECUTED ON: <u>August 20, 2019</u>

By: <u>/s/ Karina Velter</u>
Signature
<u>Karina Velter, Esquire</u>
Typed Name
<u>P.O. Box 165028, Columbus, OH 43216-5028</u>
Address
<u>614-220-5611</u>
Phone No.
<u>94781</u>
List Bar I.D. and State of Admission

19-030470_PS