## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-23116-JAD |
| BRADLEY KRILEY, | : | |
| TANYA A. KRILEY, | : | |
| Debtor(s) | : | |
| | : | Chapter 13 |
| | : | |
| TANYA A. KRILEY, | : | |
| Movant, | : | Motion No. ☐ WO-1 |
| v. | : | Motion No. X WO-2 |
| | : | |
| | : | Document No. |
| | : | |
| BUTLER AREA SCHOOL DISTRICT, | : | Related to Document No. |
| Respondent. | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, Amy L. Zema, Esquire, certify under penalty of perjury that I served the Wage

Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at

the address listed below via first class mail postage prepaid:

**Butler Area School District, Attn: Payroll Dept., 110 Campus Lane, Butler, PA 16001**

Executed on:   3/9/2020

s/Amy L. Zema_____
Amy L. Zema, Esquire
PA ID 74701
2366 Golden Mile Highway, #155
Pittsburgh, PA 15239
412-744-4450
*Attorney for Debtor*