**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. 19-23116-JAD** |
| **Bradley Kriley** ) | |
| **Tanya A. Kriley** ) | **Chapter 13** |
| ) | **Document No. _____** |
| **Debtors** ) | **Related to Document No. 32** |

## CONSENT ORDER MODIFYING FEBRUARY 28, 2020 ORDER

AND NOW, this _____ day of _____, 2020, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated February 28, 2020 it is

ORDERED that Part "1.H." of the February 28, 2020 order confirming the debtor's chapter 13 plan is amended to show the claim of JP Morgan Chase Bank, NA as Claim No. 6 instead of Claim No. 4. The confirmation order dated February 28, 2020 remains in full force and effect with the only change being the number of the JP Morgan Chase Bank, NA claim.

BY THE COURT:

_____
Jeffery A. Deller
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone PA I.D. #42575
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Amy L. Zema
Amy L. Zema, Esquire
Attorney for debtors
Law Office of Amy L. Zema
2366 Golden Mile Highway
#155
Pittsburgh, PA 15239
412-744-4450
amy@zemalawoffice.com