FILED
4/9/20 5:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 19-23116-JAD |
| | ) | |
| Bradley Kriley | ) | Chapter 13 |
| Tanya A. Kriley | ) | |
| | ) | Document No. 39 |
| Debtors | ) | |
| | ) | Related to Doc. Nos. 7, 32 |

## CONSENT ORDER MODIFYING FEBRUARY 28, 2020 ORDER

AND NOW, this 9th day of April, 2020, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated February 28, 2020 it is

ORDERED that Part "1.H." of the February 28, 2020 order confirming the debtor's chapter 13 plan is amended to show the claim of JP Morgan Chase Bank, NA as Claim No. 6 instead of Claim No. 4. The confirmation order dated February 28, 2020 remains in full force and effect with the only change being the number of the JP Morgan Chase Bank, NA claim.

BY THE COURT:

_____  mas
Jeffery A. Deller
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone PA I.D. #42575
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Amy L. Zema
Amy L. Zema, Esquire
Attorney for debtors
Law Office of Amy L. Zema
2366 Golden Mile Highway
#155
Pittsburgh, PA 15239
412-744-4450
amy@zemalawoffice.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Bradley Kriley  
Tanya A. Kriley  
    Debtors

Case No. 19-23116-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Apr 09, 2020  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2020.
db/jdb        +Bradley Kriley,    Tanya A. Kriley,    549 North Elm Street,    Butler, PA 16001-4410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2020 at the address(es) listed below:
         Amy L. Zema    on behalf of Debtor Bradley  Kriley amy@zemalawoffice.com  
         Amy L. Zema    on behalf of Joint Debtor Tanya A. Kriley amy@zemalawoffice.com  
         James  Warmbrodt    on behalf of Creditor     PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com  
         Karina  Velter    on behalf of Creditor     JPMORGAN CHASE BANK, N.A. amps@manleydeas.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor     Peoples Gas Company LLC, f/k/a Peoples TWP LLC  
          sjw@sjwpgh.com,    srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                                                         TOTAL: 7