# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Bradley Kriley, | ) | Bankruptcy No. 19-23116-JAD |
| Tanya A. Kriley, | ) | |
| | ) | |
| Debtors. | ) | Chapter 13 |
| Bradley Kriley, | ) | |
| Tanya A. Kriley, | ) | |
| | ) | |
| Movants, | ) | Document No. |
| v. | ) | |
| | ) | Related to Document No. |
| No Respondent, | ) | |
| | ) | **Date and Time of hearing:** |
| Respondent. | ) | **August 30, 2023 at 10:00 a.m.** |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO APPROVE POST-PETITION FINANCING

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on July 31, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Order scheduling Hearing, objections to the Motion were to be filed and served no later than August 17, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: August 18, 2023

/s/Amy L. Zema
Amy L. Zema, Esquire
PA ID: 74701
2366 Golden Mile Highway, #155
Pittsburgh, PA 15239
(412) 744-4450
amy@zemalawoffice.com
*Attorney for Debtors*