IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| BRADLEY KRILEY | ) Bankruptcy No. 19-23116-JAD |
| TANYA A. KRILEY, | ) |
| **Debtor(s)** | ) Chapter 13 |
| | ) |
| CREDIT ACCEPTANCE CORPORATION, | ) |
| **Movant** | ) Related To Document No. 75 and 76 |
| | ) |
| v. | ) |
| | ) **Response Deadline: 2/12/24** |
| BRADLEY KRILEY | ) |
| TANYA A. KRILEY, | ) **Hearing Date: 2/20/24 at 10;00 AM** |
| **Respondent(s)** | ) |
| | ) |
| RONDA J. WINNECOUR, | ) |
| **Trustee** | |

**CERTIFICATE OF SERVICE**

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on January 26, 2024, I served by United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and Motion For Relief From Stay filed in this proceeding on:

| | |
|---|---|
| Bradley and Tanya Kriley<br>549 North Elm Street<br>Butler, PA 16001<br>(Debtors) | Amy L. Zema, Esq.<br>Law Office of Amy L. Zema<br>2366 Golden Mile Highway<br>#155<br>Pittsburgh, PA 15239<br>(Attorney For Debtors) |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(Trustee) | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br>(U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
Bar ID# 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com