**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Bradley Kriley, | ) | Bankruptcy No. 19-23116-JAD |
| Tanya A. Kriley, | ) | |
| | ) | |
| Debtors. | ) | Chapter 13 |
| Bradley Kriley, | ) | |
| Tanya A. Kriley, | ) | |
| | ) | |
| Movants, | ) | Document No. |
| v. | ) | |
| | ) | Related to Document No. |
| Credit Acceptance Corp., | ) | |
| | ) | |
| Respondent. | ) | |

**REPORT OF POST-PETITION FINANCING**

AND NOW come Debtors, by and through their counsel Amy L. Zema, Esquire, and file the within Report of Post-Petition Financing, representing as follows:

1. Debtor's Chapter 13 case was filed on August 7, 2019.

2. Debtors filed a Motion to Approve Post Petition Financing for Replacement Vehicle, which the Court approved on August 23, 2023.

3. A copy of the Retail Installment Contract and Security Agreement is attached, which provides for financing through Credit Acceptance Corporation with the following terms:

   a. Monthly payment:       $429.56
   b. Term of loan:          72 Months
   c. Principal Balance:     $17,717.20
   d. Interest:              20.49%

**WHEREFORE**, Debtors provide this Report of Post-Petition Financing.

Respectfully submitted,

Date: January 31, 2024

/s/Amy L. Zema
Amy L. Zema, Esquire
PA ID: 74701
2366 Golden Mile Highway, #155
Pittsburgh, PA 15239
(412) 744-4450
amy@zemalawoffice.com
*Attorney for Debtors*