**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/17/2024

IN RE:

BRADLEY KRILEY
TANYA A. KRILEY
549 NORTH ELM STREET
BUTLER,  PA  16001
XXX-XX-9258          Debtor(s)

XXX-XX-1728

Case No.19-23116 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/17/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **KML LAW GROUP PC** (FRMRLY BRIAN C. NICH)<br>C/O DENISE CARLON ESQ<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PNC BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BUTLER AREA SEWAGE AUTHORITY**<br>100 LITMAN RD<br>BUTLER, PA 16001 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 283.07<br>COMMENT: CL10GOV@UNS SPECIAL*1576;1/1/19-8/7/19*$CL-PL@SLNT%~2019/PL | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: 1576 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 3-2<br>CLAIM: 0.00<br>COMMENT: 9258/1728*CL GOV*CL=0*AMD | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 9258 |
| **JPMORGAN CHASE BANK NA**<br>NATIONAL BANKRUPTCY DEPARTMENT<br>PO BOX 901032<br>FT WORTH, TX 76101-2032 | Trustee Claim Number: 4   INT %: 4.00%<br>Court Claim Number: 6<br>CLAIM: 5,182.80<br>COMMENT: SURR/PL*6120.40/CL*PIF/CR | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5802 |
| **AMERICAN WATER(*)**<br>PO BOX 371412<br>PITTSBURGH, PA 15250-7412 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 357.60<br>COMMENT: CL7GOV@UNS SPECIAL*$CL-PL@SLNT%/PL@PA AMERICAN WTR | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: 4731 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br>MIAMISBURG, OH 45342 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DK4PMT-LMT*BGN 9/19 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3048 |
| **BUTLER CITY (EIT)**<br>C/O BERKHEIMER TAX ADMIN – DLNQ CLCTR<br>HAB DLT LEGAL<br>PO BOX 20662<br>LEHIGH VALLEY, PA 18002-0662 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 800.00<br>COMMENT: 18/SCH*$/PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9258 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 3-2<br>CLAIM: 19,489.67<br>COMMENT: 9258/1728*$@0%/CL-PL*AMD | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9258 |
| **BRINKS HOME SECURITY++**<br>POB 660418<br>DALLAS, TX 75266 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1393 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 1,983.77<br>COMMENT: 1879/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1046 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **COMENITY BANK++**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~ATLMC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2258 |
| **COMENITY BANK++**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~LEVIN/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2674 |
| **FIN SYS OF RICHMOND**<br>PO BOX 786<br>RICHMOND, IN 47375-0786 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: BUTLER IMAGING/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2075 |
| **NEXTIER BANK\***<br>SPECIAL ASSETS<br>101 E DIAMOND ST STE 110<br>BUTLER, PA 16001 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9258 |
| **ONE MAIN FINANCIAL GROUP LLC(\*)**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 5 | CLAIM: 2,414.55<br>COMMENT: 4620/SCH*DOC SIGNED @ SEAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8077 |
| **PENN CREDIT CORP**<br>PO BOX 69703<br>HARRISBURG, PA 17106-9703 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: BUTLER MMRL HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0110 |
| **PEOPLES NATURAL GAS CO LLC\***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ECMC(\*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 2 | CLAIM: 41,621.74<br>COMMENT: 8851/SCH*FR PHEAA-DOC 29 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1728 |
| **PREFERRED CREDIT INC(\*)**<br>PO BOX 809044<br>CHICAGO, IL 60680 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9000 |
| **TW PHILLIPS GAS & OIL\*\***<br>C/O PEOPLES TWP LLC*<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9258 |

| Creditor | Claim Info | Description |
|---|---|---|
| **WEST PENN POWER*** <br> ATTN BANKRUPTCY <br> 5001 NASA BLVD <br> FAIRMONT, WV 26554 | Trustee Claim Number: 21   INT %: 0.00% <br> Court Claim Number: 4 <br> CLAIM: 1,287.97 <br> COMMENT: 9258/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1187 |
| **MANLEY DEAS KOCHALSKI LLC** <br> PO BOX 165028 <br> COLUMBUS, OH 43216-5028 | Trustee Claim Number: 22   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: JPMORGAN CHASE/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 23   INT %: 0.00% <br> Court Claim Number: 3-2 <br> CLAIM: 9,789.26 <br> COMMENT: NO GEN UNS/SCH*AMD | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9258 |
| **PNC BANK NA** <br> 3232 NEWMARK DR <br> MIAMISBURG, OH 45342 | Trustee Claim Number: 24   INT %: 0.00% <br> Court Claim Number: 8 <br> CLAIM: 8,505.57 <br> COMMENT: $CL-PL*THRU 8/19 | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 3048 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN** <br> PO BOX 4457 <br> HOUSTON, TX 77210-4457 | Trustee Claim Number: 25   INT %: 0.00% <br> Court Claim Number: 9 <br> CLAIM: 403.25 <br> COMMENT: NT/SCH*ACCT OPEN 4/22*10/8/19 LAST TRANS | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0001 |
| **GRB LAW**** <br> C/O JEFFREY R HUNT ESQ - FOR PNG CO <br> 525 WILLIAM PENN PLACE STE 3110 <br> PITTSBURGH, PA 15219 | Trustee Claim Number: 26   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: PEOPLES NTRL GAS/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC*** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br> PITTSBURGH, PA 15212 | Trustee Claim Number: 27   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: PMT/OE-PL*BGN 7/20 DIST | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 3290 |
| **WILLIAM E CRAIG ESQ** <br> MORTON AND CRAIG <br> 110 MARTER AVE STE 301 <br> MOORESTOWN, NJ 08057 | Trustee Claim Number: 28   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: CREDIT ACCEPTANCE/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **CREDIT ACCEPTANCE CORP*** <br> ATTN: BANKRUPTCY DEPT* <br> 25505 W 12 MILE RD STE 3000* <br> SOUTHFIELD, MI 48034-8339 | Trustee Claim Number: 29   INT %: 0.00% <br> Court Claim Number: NC <br> CLAIM: 0.00 <br> COMMENT: RS/OE~DDL*429.56X11 REM+2=LMT*BGN 10-23/CONF*DK | CRED DESC: Post Petition Claim (1305) <br> ACCOUNT NO.: |