**Form 408**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Bradley Kriley**
**Tanya A. Kriley**
   Debtor(s)

Bankruptcy Case No.: 19–23116–JAD

Chapter: 13
Docket No.: 108 – 107

### ORDER SETTING DATE CERTAIN
### FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 31st of October, 2024, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above–captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 1/6/25.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/14/25 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above–specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/6/25.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                              Case No. 19-23116-JAD

Bradley Kriley                                                      Chapter 13

Tanya A. Kriley
        Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 01, 2024 | Form ID: 408 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bradley Kriley, Tanya A. Kriley, 549 North Elm Street, Butler, PA 16001-4410 |
| 15100556 | + | Butler Income Tax Office, c/o Berkheimer Tax, 50 North Seventh St., Bangor, PA 18013-1731 |
| 15100558 | | Comenity Bank/Atlmc, PO Box 182789, Cohutta, GA 30710 |
| 15100560 | + | Fin Sys of Richmond Inc., PO box 786, Richmond, IN 47375-0786 |
| 15100564 | + | Nextier Bank, 222 Market Street, Kittanning, PA 16201-1525 |
| 15100572 | | TW Phillps, E. Cunningham St., Butler, PA 16001 |
| 15100573 | + | U.S. Attorney General, U.S. Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 02 2024 00:34:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 02 2024 00:34:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15124378 | + | Email/Text: csc.bankruptcy@amwater.com | Nov 02 2024 00:35:00 | American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 15100554 | + | Email/Text: bankruptcy@brinkshome.com | Nov 02 2024 00:34:00 | Brinks Home Security, PO Box 815665, Dallas, TX 75381-5665 |
| 15100555 | + | Email/Text: vferderber@basapa.org | Nov 02 2024 00:34:00 | Butler Area Sewer Authority, 100 Litman Road, Butler, PA 16001-3294 |
| 15100557 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 02 2024 00:58:43 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15106778 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 02 2024 00:58:23 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15100559 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2024 00:34:00 | Comenity Bank/Levin, PO Box 182789, Columbus, OH 43218-2789 |
| 15194095 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 02 2024 00:34:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15100561 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 02 2024 00:34:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15100562 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 02 2024 00:57:58 | JPMCB Auto Finance, PO Box 901003, Fort Worth, TX 76101 |

District/off: 0315-2                          User: auto                              Page 2 of 3
Date Rcvd: Nov 01, 2024                       Form ID: 408                            Total Noticed: 32

| 15119033 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 02 2024 00:58:36 | JPMorgan Chase Bank, N.A., National Bankruptcy Dept., PO Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
|---|---|---|---|---|
| 15100563 | ^ | MEBN | Nov 01 2024 23:53:22 | KML Law Group, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 15100565 | + | Email/PDF: cbp@omf.com | Nov 02 2024 00:29:11 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 15117620 | + | Email/PDF: cbp@omf.com | Nov 02 2024 00:58:43 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15100569 | + | Email/Text: bncnotifications@pheaa.org | Nov 02 2024 00:34:00 | PHEAA, POB 61017, Harrisburg, PA 17106-1017 |
| 15110078 | + | Email/Text: bncnotifications@pheaa.org | Nov 02 2024 00:34:00 | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 15127376 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 02 2024 00:34:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15100570 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 02 2024 00:34:00 | PNC Mortgage, PO Box 8703, Dayton, 45401 |
| 15100571 | | Email/Text: banko@preferredcredit.com | Nov 02 2024 00:34:00 | Preferred Credit, PO box 1679, Saint Cloud, MN 56302 |
| 15100567 | | Email/Text: csc.bankruptcy@amwater.com | Nov 02 2024 00:35:00 | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15100568 | ^ | MEBN | Nov 01 2024 23:54:06 | Peoples Gas, PO box 644760, Pittsburgh, PA 15264-4760 |
| 15134708 | | Email/PDF: ebn_ais@aisinfo.com | Nov 02 2024 00:29:25 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15113984 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 02 2024 00:35:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15100574 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 02 2024 00:35:00 | West Penn Power, 800 Cabin Hill Drive, Greensburg, PA 15601-1689 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, N.A. |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15100566 | ##+ | Penn Credit, 916 S. 14th St., Harrisburg, PA 17104-3425 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0315-2                                    User: auto                                    Page 3 of 3

Date Rcvd: Nov 01, 2024                                Form ID: 408                                  Total Noticed: 32

Date: Nov 03, 2024                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Amy L. Zema | on behalf of Debtor Bradley Kriley amy@zemalawoffice.com |
| Amy L. Zema | on behalf of Joint Debtor Tanya A. Kriley amy@zemalawoffice.com |
| Brent J. Lemon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Stephen Russell Franks | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 9