IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

BRADLEY KRILEY
TANYA A. KRILEY
       Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
       Movant
       vs.
No Respondents.

Case No.:19-23116 JAD

Chapter 13

Document No.:

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
### AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.


October 25, 2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 08/07/2019 and confirmed on 9/19/19. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 104,295.06 |
| Less Refunds to Debtor | 1,743.70 | |
| TOTAL AMOUNT OF PLAN FUND | | 102,551.36 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,000.00 | |
|   Trustee Fee | 5,209.04 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,209.04 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 45,796.88 | 0.00 | 45,796.88 |
|     Acct: 3048 | | | | |
|   PNC BANK NA | 8,505.57 | 8,505.57 | 0.00 | 8,505.57 |
|     Acct: 3048 | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9258 | | | | |
|   JPMORGAN CHASE BANK NA | 5,182.80 | 5,182.80 | 623.85 | 5,806.65 |
|     Acct: 5802 | | | | |
| | | | | 60,109.10 |
| **Priority** | | | | |
|   AMY L ZEMA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRADLEY KRILEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRADLEY KRILEY | 1,743.70 | 1,743.70 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMY L ZEMA ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BUTLER CITY (EIT) | 800.00 | 800.00 | 0.00 | 800.00 |
|     Acct: 9258 | | | | |
|   INTERNAL REVENUE SERVICE* | 19,489.67 | 19,489.67 | 0.00 | 19,489.67 |
|     Acct: 9258 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 5,280.54 | 0.00 | 5,280.54 |
|     Acct: 3290 | | | | |
|   CREDIT ACCEPTANCE CORP* | 0.00 | 5,584.28 | 0.00 | 5,584.28 |
|     Acct: | | | | |
| | | | | 31,154.49 |
| **Unsecured** | | | | |
|   BUTLER AREA SEWAGE AUTHORITY | 283.07 | 283.07 | 0.00 | 283.07 |
|     Acct: 1576 | | | | |
|   AMERICAN WATER(*) | 357.60 | 357.60 | 0.00 | 357.60 |
|     Acct: 4731 | | | | |
|   BRINKS HOME SECURITY++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 1393 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 1,983.77 | 49.61 | 0.00 | 49.61 |
| | Acct: 1046 | | | | |
| | COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2258 | | | | |
| | COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2674 | | | | |
| | FIN SYS OF RICHMOND | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2075 | | | | |
| | NEXTIER BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9258 | | | | |
| | ONE MAIN FINANCIAL GROUP LLC(*) | 2,414.55 | 60.39 | 0.00 | 60.39 |
| | Acct: 8077 | | | | |
| | PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0110 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ECMC(*) | 41,621.74 | 1,040.94 | 0.00 | 1,040.94 |
| | Acct: 1728 | | | | |
| | PREFERRED CREDIT INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9000 | | | | |
| | TW PHILLIPS GAS & OIL** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9258 | | | | |
| | WEST PENN POWER* | 1,287.97 | 32.21 | 0.00 | 32.21 |
| | Acct: 1187 | | | | |
| | INTERNAL REVENUE SERVICE* | 9,789.26 | 244.82 | 0.00 | 244.82 |
| | Acct: 9258 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 403.25 | 10.09 | 0.00 | 10.09 |
| | Acct: 0001 | | | | |
| | KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WILLIAM CRAIG ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 2,078.73 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 93,342.32 |

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 20,289.67 |
| SECURED | 13,688.37 |
| UNSECURED | 58,141.21 |

Date: 10/25/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    BRADLEY KRILEY
    TANYA A. KRILEY
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:19-23116 JAD

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23116-JAD |
| Bradley Kriley | Chapter 13 |
| Tanya A. Kriley | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 01, 2024 | Form ID: pdf900 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bradley Kriley, Tanya A. Kriley, 549 North Elm Street, Butler, PA 16001-4410 |
| 15100556 | + | Butler Income Tax Office, c/o Berkheimer Tax, 50 North Seventh St., Bangor, PA 18013-1731 |
| 15100558 | | Comenity Bank/Atlmc, PO Box 182789, Cohutta, GA 30710 |
| 15100560 | + | Fin Sys of Richmond Inc., PO box 786, Richmond, IN 47375-0786 |
| 15100564 | + | Nextier Bank, 222 Market Street, Kittanning, PA 16201-1525 |
| 15100572 | | TW Phillps, E. Cunningham St., Butler, PA 16001 |
| 15100573 | + | U.S. Attorney General, U.S. Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 02 2024 00:34:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 02 2024 00:34:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15124378 | + | Email/Text: csc.bankruptcy@amwater.com | Nov 02 2024 00:35:00 | American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 15100554 | + | Email/Text: bankruptcy@brinkshome.com | Nov 02 2024 00:34:00 | Brinks Home Security, PO Box 815665, Dallas, TX 75381-5665 |
| 15100555 | + | Email/Text: vferderber@basapa.org | Nov 02 2024 00:34:00 | Butler Area Sewer Authority, 100 Litman Road, Butler, PA 16001-3294 |
| 15100557 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 02 2024 00:58:22 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15106778 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 02 2024 00:58:33 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15100559 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2024 00:34:00 | Comenity Bank/Levin, PO Box 182789, Columbus, OH 43218-2789 |
| 15194095 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 02 2024 00:34:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15100561 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 02 2024 00:34:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15100562 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 02 2024 01:16:33 | JPMCB Auto Finance, PO Box 901003, Fort Worth, TX 76101 |

Case 19-23116-JAD   Doc 110   Filed 11/03/24   Entered 11/03/24 23:31:31   Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 01, 2024 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15119033 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 02 2024 00:29:15 | JPMorgan Chase Bank, N.A., National Bankruptcy Dept., PO Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 15100563 | ^ | MEBN | Nov 01 2024 23:53:24 | KML Law Group, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 15100565 | + | Email/PDF: cbp@omf.com | Nov 02 2024 02:09:47 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 15117620 | + | Email/PDF: cbp@omf.com | Nov 02 2024 01:16:32 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15100569 | + | Email/Text: bncnotifications@pheaa.org | Nov 02 2024 00:34:00 | PHEAA, POB 61017, Harrisburg, PA 17106-1017 |
| 15110078 | + | Email/Text: bncnotifications@pheaa.org | Nov 02 2024 00:34:00 | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 15127376 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 02 2024 00:34:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15100570 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 02 2024 00:34:00 | PNC Mortgage, PO Box 8703, Dayton, 45401 |
| 15100571 | | Email/Text: banko@preferredcredit.com | Nov 02 2024 00:34:00 | Preferred Credit, PO box 1679, Saint Cloud, MN 56302 |
| 15100567 | | Email/Text: csc.bankruptcy@amwater.com | Nov 02 2024 00:35:00 | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15100568 | ^ | MEBN | Nov 01 2024 23:54:10 | Peoples Gas, PO box 644760, Pittsburgh, PA 15264-4760 |
| 15134708 | | Email/PDF: ebn_ais@aisinfo.com | Nov 02 2024 00:58:20 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15113984 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 02 2024 00:35:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15100574 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 02 2024 00:35:00 | West Penn Power, 800 Cabin Hill Drive, Greensburg, PA 15601-1689 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, N.A. |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15100566 | ##+ | Penn Credit, 916 S. 14th St., Harrisburg, PA 17104-3425 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-2      User: auto      Page 3 of 3
Date Rcvd: Nov 01, 2024      Form ID: pdf900      Total Noticed: 32

Date: Nov 03, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2024 at the address(es) listed below:

**Name**      **Email Address**

Amy L. Zema
on behalf of Debtor Bradley Kriley amy@zemalawoffice.com

Amy L. Zema
on behalf of Joint Debtor Tanya A. Kriley amy@zemalawoffice.com

Brent J. Lemon
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION blemon@kmllawgroup.com lemondropper75@hotmail.com

Denise Carlon
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Stephen Russell Franks
on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com

William E. Craig
on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 9