| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Bradley Kriley <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9258 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Tanya A. Kriley <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1728 <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:  19–23116–JAD | | |

## Order of Discharge     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Bradley Kriley                    Tanya A. Kriley

<u>1/7/25</u>                    **By the court:** <u>Jeffery A. Deller</u>
                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-23116-JAD

Bradley Kriley  Chapter 13

Tanya A. Kriley

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 3
Date Rcvd: Jan 07, 2025  Form ID: 3180W  Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bradley Kriley, Tanya A. Kriley, 549 North Elm Street, Butler, PA 16001-4410 |
| 15100556 | + | Butler Income Tax Office, c/o Berkheimer Tax, 50 North Seventh St., Bangor, PA 18013-1731 |
| 15100558 | | Comenity Bank/Atlmc, PO Box 182789, Cohutta, GA 30710 |
| 15100560 | + | Fin Sys of Richmond Inc., PO box 786, Richmond, IN 47375-0786 |
| 15100564 | + | Nextier Bank, 222 Market Street, Kittanning, PA 16201-1525 |
| 15100572 | | TW Phillps, E. Cunningham St., Butler, PA 16001 |
| 15100573 | + | U.S. Attorney General, U.S. Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jan 08 2025 04:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 07 2025 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 08 2025 04:50:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 07 2025 23:58:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 07 2025 23:58:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 07 2025 23:58:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15124378 | + | Email/Text: csc.bankruptcy@amwater.com | Jan 07 2025 23:59:00 | American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 15100554 | + | Email/Text: bankruptcy@brinkshome.com | Jan 07 2025 23:58:00 | Brinks Home Security, PO Box 815665, Dallas, TX 75381-5665 |
| 15100555 | + | Email/Text: vferderber@basapa.org | Jan 07 2025 23:58:00 | Butler Area Sewer Authority, 100 Litman Road, Butler, PA 16001-3294 |
| 15100557 | + | EDI: CAPITALONE.COM | | |

Case 19-23116-JAD    Doc 118    Filed 01/10/25    Entered 01/12/25 00:17:03    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 07, 2025 | Form ID: 3180W | Total Noticed: 34 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15106778 | | EDI: CAPITALONE.COM | Jan 08 2025 04:50:00 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| | | | Jan 08 2025 04:50:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15100559 | + | EDI: WFNNB.COM | Jan 08 2025 04:50:00 | Comenity Bank/Levin, PO Box 182789, Columbus, OH 43218-2789 |
| 15194095 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 07 2025 23:58:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15100561 | | EDI: IRS.COM | Jan 08 2025 04:50:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15100562 | | EDI: JPMORGANCHASE | Jan 08 2025 04:50:00 | JPMCB Auto Finance, PO Box 901003, Fort Worth, TX 76101 |
| 15119033 | | EDI: JPMORGANCHASE | Jan 08 2025 04:50:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Dept., PO Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 15100563 | ^ | MEBN | Jan 07 2025 23:56:42 | KML Law Group, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 15100565 | + | EDI: AGFINANCE.COM | Jan 08 2025 04:50:00 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 15117620 | + | EDI: AGFINANCE.COM | Jan 08 2025 04:50:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15100569 | + | Email/Text: bncnotifications@pheaa.org | Jan 07 2025 23:58:00 | PHEAA, POB 61017, Harrisburg, PA 17106-1017 |
| 15110078 | + | Email/Text: bncnotifications@pheaa.org | Jan 07 2025 23:58:00 | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 15127376 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 07 2025 23:58:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15100570 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 07 2025 23:58:00 | PNC Mortgage, PO Box 8703, Dayton, 45401 |
| 15100571 | | Email/Text: banko@preferredcredit.com | Jan 07 2025 23:58:00 | Preferred Credit, PO box 1679, Saint Cloud, MN 56302 |
| 15100567 | | Email/Text: csc.bankruptcy@amwater.com | Jan 07 2025 23:59:00 | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15100568 | ^ | MEBN | Jan 07 2025 23:56:51 | Peoples Gas, PO box 644760, Pittsburgh, PA 15264-4760 |
| 15134708 | | EDI: AIS.COM | Jan 08 2025 04:50:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15113984 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 07 2025 23:59:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15100574 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 07 2025 23:59:00 | West Penn Power, 800 Cabin Hill Drive, Greensburg, PA 15601-1689 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, N.A. |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15100566 | ##+ | Penn Credit, 916 S. 14th St., Harrisburg, PA 17104-3425 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Debtor Bradley Kriley amy@zemalawoffice.com |
| Amy L. Zema | on behalf of Joint Debtor Tanya A. Kriley amy@zemalawoffice.com |
| Brent J. Lemon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Stephen Russell Franks | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 9